SEALED

AO 93 (Rev. 11/13) Search and Seizure Warrant

CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
AUG 27 2018
JULIA C. DUDLEY, CLERK
BY: s/ MARTHA L. HUPP
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 4:18-mj-00073
 )
The premises of 687 Berryman Avenue )
Danville, Virginia 24541 )
 )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Western___ District of ___Virginia___
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A (incorporated herein by reference)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated herein by reference)

**YOU ARE COMMANDED** to execute this warrant on or before ___June 24, 2018___ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___The Honorable Joel C. Hoppe___
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of ___

Date and time issued: 06/11/2018 1:27 pm

_____
*Judge's signature*

City and state: Charlottesville, Virginia   The Honorable Joel C. Hoppe, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 4:18-mj-00073 | Date and time warrant executed: 6/14/2018 | Copy of warrant and inventory left with: Angela Terry |
|---|---|---|

Inventory made in the presence of : Angela Terry

Inventory of the property taken and name of any person(s) seized:

See attached inventory list.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/14/2018

*Executing officer's signature*

Michael R French Special Agent
*Printed name and title*

Received in chambers by reliable electronic means and sworn and attested to by telephone on August 27, 2018.

U.S. Magistrate Judge

FD-597 (Rev 8-11-94)　　　　　　　　　　　　　　　　　　　Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 281D-KH-2172137

On (date) 6/14/18

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Angela Tenny
(Street Address) 697 Berryman Avenue
(City) Danville VA 24541

Description of Item(s): (1) Huawei Model H866C S/N P9L7NA93B1100359 cell phone (2) $810.00 US Currency (3) Colt Gov't Model 22LR pistol (4) ZTE Model 2520 cell phone (5) Samsung cell phone (6) Posh cell phone (7) Samsung cell phone (8) $900.00 US Currency (9) White case w/ green leafy substance (10) Green plant material (11) $1801.00 US Currency (12) LG cell phone (13) Black Dell Laptop (14) Scales (15) Alcatel cell phone (16) HTC cell phone (17) LG cell phone (18) Red/Black Amazon Tablet (19) Black Lenovo Laptop (20) Black Compaq laptop

Received By: _____ (Signature)　　　Received From: _____ (Signature)